## Commonwealth *v.* Reynolds, Appellant.

Before MARRONE, J., without a jury.

Argued December 11, 1975. *William R. Keen, Jr.,* for appellant; *Vincent M.*

*Dadamo,* Assistant District Attorney, with him *Timothy H. Knauer* and *Robert B. Stewart,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Order affirmed.